```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                    TAMPA DIVISION
```

JAVIER LUIS,

    Plaintiff,

v.                                    Case No. 8:12-cv-500-T-33AEP

CARLA BERGMANN, ET AL.,

    Defendants.
_____/

## ORDER

This matter comes before the Court pursuant to pro se Plaintiff Javier Luis's Emergency Motion to Stay any Order of Transfer Pending Appeals (Doc. # 65), which was filed on August 20, 2012. The Court denies the Motion as follows.

## Discussion

Defendants Zang General Contractors, Inc., Joseph Zang, and Joseph Zang Custom Builders filed their Motions to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, for Transfer of Venue on July 30, 2012. (Doc. ## 43, 44). Plaintiff failed to respond and this Court entered an order granting the Motions by transferring the case to the Southern District of Ohio. The Court noted in the Order of transfer that the Motions were unopposed by Plaintiff and Plaintiff argues, "this case was transferred to the Southern District of Ohio due to Plaintiff's non response to

the Motion to Dismiss." (Doc. # 65 at 1). However, the Court's decision to transfer the case to Ohio was not based solely on the Plaintiff's failure to respond. Rather, the Court considered the merits of the Motions and determined that it was appropriate to transfer the case to Ohio based on the fact that a majority of the Defendants are located in that district and because the actions giving rise to the present suit did not occur in this district. (Doc. # 63).

At this juncture, Plaintiff seeks a stay of the Court's transfer order pending his forthcoming appeal. He indicates that the Motion to Stay should be granted because the case is complex and because Plaintiff is attempting to hire an attorney to represent him, among other things. None of these reasons justify the entry of an order staying the transfer of this case pending a forthcoming appeal to be filed by Plaintiff. Furthermore, as stated by the court in <u>Grayson v. K Mart Corp.</u>, 79 F.3d 1086, 1094 (11th Cir. 1996) ("It is well settled that a transfer order is not appealable as a final order under 28 U.S.C. § 1291 . . . [and] courts have fairly and consistently held that transfer orders brought under other statutes are not generally final orders for the purpose of appeal."). Thus, the Court denies the Motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Pro se Plaintiff Javier Luis's Emergency Motion to Stay any Order of Transfer Pending Appeals (Doc. # 65) is **DENIED.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 21st day of August 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel and Parties of Record